IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **LAGASSE CONSTRUCTION, INC.** | **CROSS CLAIMANT/ CROSS DEFENDANT** |
| v. | CASE NO. 3:22-CV-00240-BSM |
| **SNIDER INDUSTRIES, LLC** | **CROSS DEFENDANT/ CROSS CLAIMANT** |
| v. | |
| **SMITH-DOYLE CONTRACTORS, INC.** | **CROSS DEFENDANT** |

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE